CV-S-00-0647



CV-S-00-0647-0001



05/18/2000



*A / /



CV-S-00-0647



CV-S-00-0647-0001



05/18/2000



MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV  89102
(702) 870-8700
Attorney for Plaintiff



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JERROD F. LOGUE,          )
                          )          CV-S-00-0647-JBR-LRL
      Plaintiff,          )
                          )
vs.                       )
                          )
FLEET CREDIT CARD SERVICES, )
L.P., a foreign entity,   )
                          )
      Defendant.          )          SIX PERSON JURY DEMANDED
_____)

### COMPLAINT

1.    The jurisdiction of this Court is conferred by 15 U.S.C. § 1681p.  Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

### PRELIMINARY STATEMENT

2.    The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C Section 1681 et seq. (hereinafter referred as the "FCRA"). Plaintiff seeks actual damages, punitive damages, costs and attorney's fees.

3.    Plaintiff is a natural person and is a resident and a citizen of the State of Nevada and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

LAW OFFICES
MITCHELL D. GLINER
3017 W Charleston Blvd
Suite 95
Las Vegas, Nevada 89102
(702) 870 8700

4. The Defendant, Fleet Credit Card Services, L.P., (hereinafter referred to as "User") is a foreign entity.

## CAUSE OF ACTION

### Statement of Facts

5. On or about April 13, 2000, Plaintiff received a credit report from Experian Information Solutions, Inc. (Exhibit 1). Exhibit 1 reflects that User repeatedly accessed Plaintiff's credit profile during 1998. Exhibit 1 reflects that during the first two weeks of June, 1998, User accessed Plaintiff's credit profile 10 times.

6. The referenced inquiry has become a permanent component of the Plaintiff's credit profile and is reported to those who ask to review the credit history of the Plaintiff.

7. Upon best information and belief, User agreed and represented in its agreements with the various credit reporting agencies that User would request and use consumer reports which were obtained from said agencies only for purposes which are lawful under the FCRA as defined under § 1681b.

8. User was required pursuant to FCRA §§ 1681b(f), 1681n and 1681o to refrain from obtaining consumer reports from credit reporting agencies under false pretenses.

9. At no time material hereto did Plaintiff ever have a relationship of any kind with User as defined under FCRA § 1681b(a)(3)(A)-(F).

10. User has never ever been ordered by a court of competent jurisdiction to issue a consumer report pursuant to FCRA

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd
Suite 95
Las Vegas, Nevada 89102
(702) 870 8700

2

§ 1681b(a)(1). Plaintiff has never knowingly given written instructions to User to obtain and/or release to a third party a consumer report of which Plaintiff was the subject pursuant to FCRA § 1681b(a)(2).

11. User had an affirmative duty to follow reasonable procedures, including those that would prevent the impermissible accessing of consumer reports.

12. Reasonable procedures for users include restricting the ability of its agents to obtain consumer reports on consumers for any impermissible purpose.

13. Upon best information and belief, User's illegal and surreptitious acquisition of Plaintiff's credit reports derived from an interest and priority well beyond the scope of the FCRA.

14. User has, upon best information and belief, compromised its relationship with the various credit reporting agencies in falsifying the basis upon which Plaintiff's report was obtained.

15. User has compromised Plaintiff's access to credit in imparting to past, present and future credit grantors that Plaintiff has applied for credit in tandem with a relationship with User.

### Statement of Claim

16. Defendant/User willfully and/or negligently violated the provisions of the FCRA in the following respects:

      a. User has falsely, purposely, surreptitiously and maliciously obtained the Plaintiff's credit reports in violation of FCRA § 1681b(f).

LAW OFFICES
MITCHELL D. GLINER
3017 W Charleston Blvd
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

3

b. User has falsely, purposely, surreptitiously and maliciously obtained the Plaintiff's credit reports in violation of FCRA § 1681n.

c. User has obtained the Plaintiff's credit reports in violation of FCRA § 1681o.

**PRAYER FOR RELIEF**

THEREFORE, Plaintiff prays that the court grant:

a) actual damages in the amount of $50,000 as to Plaintiff's Cause of Action;

b) punitive damages in the amount of $200,000 as to Plaintiff's Cause of Action;

c) attorney's fees; and

e) costs.

Respectfully submitted,

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV 89102
Attorney for Plaintiff

LAW OFFICES
MITCHELL D. GLINER
3017 W Charleston Blvd
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

4

EXHIBITS

**experian**

Prepared for
JERROD F LOGUE
Report number
0439673814

Report date
April 13,2000
**Questions?**
Call 800 583-4080

## Others who have requested your credit history.

Listed below are all those who have received information from us in the recent past about your credit history.

### Requests initiated by you

You took actions, such as completing a credit application, that allowed the following sources to review your information. Please note that the following information is part of your credit history and is included in our reports to others.

| Source | Date | Comments |
|---|---|---|
| **CERTIFIED AUTO RETAILERS**<br>5385 W SAHARA AVE<br>LAS VEGAS NV 89146 | 3-5-2000 | Unspecified purpose. This inquiry is scheduled to continue on record until 4-2002. |
| **MONTGOMERY WARD/MBGA**<br>PO BOX 29110<br>SHAWNEE MISSION KS 66201 | 8-28-1998 | Unspecified purpose. This inquiry is scheduled to continue on record until 9-2000. |
| **JFS INC**<br>2035 WEST 4TH ST<br>TEMPE AZ 85281 | 8-27-1998 | Unspecified purpose. This inquiry is scheduled to continue on record until 9-2000. |
| **FLEET CC**<br>300 NO WAKEFIELD DR<br>NEWARK DE 19702 | 6-15-1998 | Unspecified purpose. This inquiry is scheduled to continue on record until 7-2000. |
| **FLEET CC** | 6-12-1998 | Unspecified purpose. This inquiry is scheduled to continue on record until 7-2000. |
| **FLEET CC** | 6-11-1998 | Unspecified purpose. This inquiry is scheduled to continue on record until 7-2000. |
| **FLEET CC** | 6-10-1998 | Unspecified purpose. This inquiry is scheduled to continue on record until 7-2000. |
| **FLEET CC** | 6-8-1998 | Unspecified purpose. This inquiry is scheduled to continue on record until 7-2000. |
| **FLEET CC** | 6-5-1998 | Unspecified purpose. This inquiry is scheduled to continue on record until 7-2000. |
| **FLEET CC** | 6-4-1998 | Unspecified purpose. This inquiry is scheduled to continue on record until 7-2000. |
| **FLEET CC** | 6-3-1998 | Unspecified purpose. This inquiry is scheduled to continue on record until 7-2000. |
| **FLEET CC** | 6-2-1998 | Unspecified purpose. This inquiry is scheduled to continue on record until 7-2000. |
| **FLEET CC** | 6-1-1998 | Unspecified purpose. This inquiry is scheduled to continue on record until 7-2000. |
| **FLEET CC** | 5-29-1998 | Unspecified purpose. This inquiry is scheduled to continue on record until 6-2000. |

EXHIBIT 1

# experian

**Prepared for**
JERROD F LOGUE
**Report number**
0439673814

**Report date**
April 13, 2000
**Questions?**
Call 800 583-4080

Page 6 of 10

**PETE FINDLAY OLDSMOBILE**    4-4-1998    Unspecified purpose. This
315 AUTO MALL DR                           inquiry is scheduled to
HENDERSON NV 89014                         continue on record until
                                           5-2000.

**FLEET CC**    5-22-1998    Unspecified purpose. This
                             inquiry is scheduled to
                             continue on record until
                             6-2000

**AVCO FINANCIAL SERVICES**    4-13-1998    Unspecified purpose. This
1785 E SAHARA AVE STE 38                    inquiry is scheduled to
LAS VEGAS NV 89104                          continue on record until
                                           5-2000.

**FLEET CC**    4-12-1998    Unspecified purpose. This
7200 NO WAKEFIELD DR         inquiry is scheduled to
NEWARK DE 19702              continue on record until
                            5-2000.

**AUTO ONE ACCEPTANCE CORP**    4-8-1998    Unspecified purpose. This
3501 JAMBOREE RD STE 450                    inquiry is scheduled to
NEWPORT BEACH CA 92660                      continue on record until
                                           5-2000.

**COURTESY OF HENDERSON**    4-8-1998    Unspecified purpose of
260 N GIBSON RD                          $3,700 with 36 Months
HENDERSON NV 89014                       repayment terms. This
                                        inquiry is scheduled to
                                        continue on record until
                                        5-2000.

**KEY BANK USA NA**    4-8-1998    Unspecified purpose. This
33400 8TH AVE S                   inquiry is scheduled to
FEDERAL WAY WA 98003              continue on record until
                                 5-2000.

**WFS FINANCIAL/DEALER CTR**    4-5-1998    Unspecified purpose. This
23 PASTEUR                                  inquiry is scheduled to
IRVINE CA 92618                             continue on record until
                                           5-2000.

**ONYX ACCEPTANCE CORP**    4-4-1998    Unspecified purpose. This
6655 W SAHARA AVE STE E1                inquiry is scheduled to
LAS VEGAS NV 89146                      continue on record until
                                       5-2000.