CV-S-00-0647



CV-S-00-0647-0003



07/14/2000



*A / /



Keegan G. Low, Esq.
Nevada Bar No. 307
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
(775) 329-3151

John L. Culhane, Jr., Esq.
John K. Semler, Jr., Esq.
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103

Attorneys for Defendants
FLEET CREDIT CARD SERVICES, L.P.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERROD F. LOGUE,<br><br>　　　Plaintiff,<br><br>vs.<br><br>FLEET CREDIT CARD SERVICES, L.P., a foreign entity,<br><br>　　　Defendant.<br>_____/ | CASE NO.　CV-S-00-0647-JBR-LRL<br><br>**FLEET CREDIT CARD SERVICES, L.P.'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant, FLEET CREDIT CARD SERVICES, L.P. ("Fleet"), for its answer to the Complaint, admits, denies and alleges as follows:

1.　The averments contained in Paragraph 1 of plaintiff's Complaint set forth a legal conclusion and, therefore, Fleet denies the averments as stated.

**PRELIMINARY STATEMENT**

2.　Fleet admits that plaintiff's Complaint purports to set forth the claims asserted in Paragraph 2 of his Complaint but denies that plaintiff is entitled to the relief requested from Fleet.

///

///

///

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

3

3. The averments contained in Paragraph 3 of plaintiff's Complaint set forth a legal conclusion and, therefore, Fleet denies the averments as stated. To the extent Paragraph 3 sets forth factual averments, Fleet lacks knowledge or information sufficient to form a belief as to the truth of those averments and, therefore, denies the averments.

4. The averments contained in Paragraph 4 of plaintiff's Complaint set forth a legal conclusion and, therefore, Fleet denies the averments as stated. To the extent Paragraph 4 sets forth factual averments, Fleet admits that it is a limited partnership organized under the laws of the State of Rhode Island.

## CAUSE OF ACTION
### Statement of Facts

5. The credit report referenced in Paragraph 5 of plaintiff's Complaint is a written document which speaks for itself and, therefore, Fleet denies the averments as stated. To the extent Paragraph 5 sets forth factual averments, Fleet lacks knowledge or information sufficient to form a belief as to the truth of those averments and, therefore, denies the averments.

6. Fleet lacks knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 6 of plaintiff's Complaint and, therefore, denies the averments.

7. The agreements referenced in Paragraph 7 of plaintiff's Complaint are written documents which speak for themselves and, therefore, Fleet denies the averments as stated. Moreover, the averments contained in Paragraph 7 of plaintiff's Complaint set forth a legal conclusion and, therefore, Fleet denies the averments as stated. To the extent Paragraph 7 sets forth factual averments, Fleet denies the averments.

8. The averments contained in Paragraphs 8 and 9 of plaintiff's Complaint set forth a legal conclusion and, therefore, Fleet denies the averments as stated.

9. The averments contained in Paragraph 10 of plaintiff's Complaint set forth a legal conclusion and, therefore, Fleet denies the averments as stated. To the extent Paragraph 10 sets forth factual averments, Fleet lacks knowledge or information sufficient to form a belief as to the truth of those averments and, therefore, denies the averments.

2

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

10. The averments contained in Paragraphs 11, 12, 13, 14 and 15 of plaintiff's Complaint set forth a legal conclusion and, therefore, Fleet denies the averments as stated. To the extent Paragraphs 11, 12, 13, 14 and 15 set forth factual averments, Fleet denies the averments.

### Statement of Claim

11. The averments contained in Paragraph 16 of plaintiff's Complaint set forth a legal conclusion and, therefore, Fleet denies the averments as stated. To the extent Paragraph 16 sets forth factual averments, Fleet denies the averments.

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiff did not suffer any damages as a result of the conduct of Fleet.

### SECOND DEFENSE

If plaintiff suffered damages, none being admitted, plaintiff failed to mitigate his damages.

### THIRD DEFENSE

Plaintiff fails to state a cause of action upon which relief can be granted.

### FOURTH DEFENSE

Fleet did not commit any wrongful, illegal or inappropriate acts.

### FIFTH DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

### SIXTH DEFENSE

Plaintiff's claims are barred by the doctrines of accord and satisfaction, set-off, and recoupment.

///
///
///
///

3

ROBISON, BELAUSTEGUI, SHARP & LOW
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

WHEREFORE, defendant prays for judgment as follows:

1. That the plaintiff take nothing by way of his Complaint and that the same be dismissed with prejudice;

2. That defendant recover its attorneys' fees and costs of suit incurred herein; and

3. For such other and further relief as the Court deems proper.

DATED this 12th day of July, 2000.

          ROBISON, BELAUSTEGUI, SHARP & LOW
          a Professional Corporation
          71 Washington Street
          Reno, Nevada 89503

By: _____
     KEEGAN G. LOW

John L. Culhane, Jr., Esq.
John K. Semler, Jr., Esq.
BALLARD SPAHR ANDREWS & INGERSOLL
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103

Attorneys for Defendant
FLEET CREDIT CARD SERVICES, L.P.

4

ROBISON, BELAUSTEGUI, SHARP & LOW
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

## CERTIFICATE OF SERVICE BY MAIL

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, and that on this date I deposited for mailing at Reno, Nevada, a true copy of the **FLEET CREDIT CARD SERVICES, L.P.'S ANSWER TO PLAINTIFF'S COMPLAINT** addressed to:

> Mitchell D. Gliner, Esq.
> Temple Plaza
> 3017 West Charleston Boulevard, Suite 95
> Las Vegas, Nevada 89102

DATED this 13th day of July, 2000.

_____
EILEEN BUCHANAN-WRIGHT

5

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151