CV-S-00-0647

CV-S-00-0647-0005

09/18/2000

*A / /

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV 89102
(702) 870-8700
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JERROD F. LOGUE,            )
                            )
    Plaintiff,              )
                            )   No. CV-S-00-0647-KJD-LRL
vs.                         )
                            )
FLEET CREDIT CARD SERVICES, )
L.P., a foreign entity,     )
                            )
    Defendant.              )
_____)

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their costs and attorney's fees.

DATED this 14th day of August, 2000.

MITCHELL D. GLINER, ESQ.                    ROBISON, BELAUSTEGUI, SHARP
                                            & LOW

_____                   _____
MITCHELL D. GLINER, ESQ.                    KEEGAN G. LOW, ESQ.
Nevada Bar No. 003419                       Nevada Bar #000307
3017 West Charleston Blvd.                  71 Washington Street
Suite 95                                    Reno, Nevada 89503
Las Vegas, Nevada 89102
Attorney for Plaintiff                      Attorneys for Defendant

IT IS SO ORDERED this _____ day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE